# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 11/17/2025 |
| Case: 25−17686 | Form ID: 309I | Total: 22 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | James P Blount | 1001 W 15th St UNIT 135   Chicago, IL 60608 |
| ust | Adam G. Brief | Office of the U. S. Trustee, Region 11   219 South Dearborn   Room 873   Chicago, IL 60604 |
| tr | Marilyn O Marshall | 224 South Michigan Ste 800   Chicago, IL 60604 |
| aty | Chad M. Hayward | The Law Offices of Chad Hayward   35 S. Washington St.   Suite 304   Illinois   Naperville, IL 60540 |
| 31740361 | ATCF II ILLINOIS LLC | 150 S PINE ISLAND RD, STE 417   Fort Lauderdale, FL 33324 |
| 31740360 | Amex | Correspondence/Bankruptcy   PO Box 981535   El Paso, TX 79998−1535 |
| 31740362 | Capital One N.A. | 350 Camino de la Reina   San Diego, CA 92108−3007 |
| 31740363 | Cook County Clerk | 69 W. Washington Street   Suite 500   Chicago, IL 60602 |
| 31740364 | Cook County Treasurer | 118 North Clark Suite 112   Chicago, IL 60602 |
| 31740365 | Credit One Bank N.A. | PO Box 60500   City of Industry, CA 91716 |
| 31740366 | ILLINOIS CORPORATION SERVICE COMPANY | 801 ADLAI STEVENSON DRIVE   Springfield, IL 62703 |
| 31740367 | Illinois Department of Revenue | PO Box 19035   Springfield, IL 62794−9035 |
| 31740368 | Internal Revenue Service | PO Box 7346   Philadelphia, PA 19101 |
| 31740369 | Lvnv Funding LLC | Greenville, SC 29602 |
| 31740370 | Lvnv Funding LLC/Resurgent Capital Servi | Resurgent Correspondence, Attn: Bankrupt   PO Box 1269   Greenville, SC 29602−1269 |
| 31740371 | Midland Credit Managem | 350 Camino de la Reina   San Diego, CA 92108−3007 |
| 31740372 | Midland Credit Mgmt | Attn: Bankruptcy   PO Box 939069   San Diego, CA 92193−9069 |
| 31740373 | Paul Bach | P.O. Box 1285   Northbrook, IL 60065 |
| 31740374 | Portfolio Recov Assoc | 120 Corporate Blvd   Norfolk, VA 23502−4952 |
| 31740375 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy   120 Corporate Blvd   Norfolk, VA 23502−4952 |
| 31740376 | Synchrony Bank | 120 Corporate Blvd   Norfolk, VA 23502−4952 |
| 31740377 | University Commons Condos Building 3 | 1001 W 15th St.   Chicago, IL 60608 |

TOTAL: 22